IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08 CR 333 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| STEVEN RICE, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant, Steven Rice, appeared on November 19, 2010 for disposition of his violation of Supervised Release. Prior to determining a sentence the Court wants to review all records and evaluations including, reports and recommendations, from Mr. Rice's treatment and diagnosis at the Norfolk Regional Center and the Lake Andes, South Dakota jail.

**It is therefore ordered**, that all records be released to counsel for Mr. Rice within fourteen (14) days of the signing of this order. Further, counsel for Mr. Rice shall provide the Court and the United States Attorney a copy of any records received. Disposition is continued until December 20, 2010 at 9:30 a.m. Records are to be provided no later than December 15, 2010.

Dated this 22nd day of November, 2010.

s/ Joseph F. Bataillon
Chief United States District Judge